UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MASON TENDERS DISTRICT COUNCIL :
WELFARE FUND; MASON TENDERS :
DISTRICT COUNCIL PENSION FUND; :
MASON TENDERS DISTRICT COUNCIL : 22-CV-8565 (VSB)
ANNUITY FUND; MASON TENDERS :
DISTRICT COUNCIL TRAINING FUND; : **ORDER**
MASON TENDERS DISTRICT COUNCIL :
HEALTH AND SAFETY FUND; AND :
DOMINICK GIAMMONA as FUNDS' :
CONTRIBUTIONS/DEFICIENCY :
MANAGER, :
:
               Plaintiffs, :
:
     -against- :
:
NEW LAND INTERIORS CORP.; ALL :
STATE INTERIOR DEMOLITION INC.; :
MILLENNIUM SERVICES, LLC; ALL :
STATE INTERIOR NJ CORP.; GENERAL :
INTERIORS LLC; and UNITED INTERIOR :
RENOVATIONS LLC, :
               Defendants. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On April 28, 2023, I granted Defendants New Land Interiors Corp., All State Interior Demolition Inc., Millennium Services, LLC, All State Interior NJ Corp., and General Interiors, LLC leave to answer Plaintiffs' complaint by March 30, 2023. (Doc. 20 ¶ 6.) I also granted Plaintiffs' leave to serve Defendant United Interior Renovations ("United") by April 24, 2023. (Doc. 18.) Service was made on United on March 29, 2023, and their answer was due April 19, 2023. (Doc. 23.) Plaintiffs also filed an amended complaint on March 27, 2023. (Doc. 21.) Under Fed. R. Civ. P. 15(a)(3), the additional fourteen days to permitted respond to this amended complaint elapsed on April 10, 2023.

As yet, no Defendant has answered Plaintiffs' complaint, and no counsel has noticed an appearance for any Defendant. Accordingly, by May 4, 2023, parties in this case shall submit a joint status letter setting out next steps for this action. In particular, parties should indicate if Defendants expect to default given the failure to answer, the schedule for such a default, or, in the alternative, a proposed schedule for next steps in this action.

Any attorney who signs this joint status letter on behalf of a party must notice an appearance on the docket prior to the filing of this letter.

SO ORDERED.

Dated: April 25, 2023
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge