UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MASON TENDERS DISTRICT COUNCIL                              :
WELFARE FUND; MASON TENDERS                                 :
DISTRICT COUNCIL PENSION FUND;                              :
MASON TENDERS DISTRICT COUNCIL                              :        22-CV-8565 (VSB)
ANNUITY FUND; MASON TENDERS                                 :
DISTRICT COUNCIL TRAINING FUND;                             :        **ORDER AND NOTICE OF**
MASON TENDERS DISTRICT COUNCIL                              :        **INITIAL CONFERENCE**
HEALTH AND SAFETY FUND; AND                                 :
DOMINICK GIAMMONA as FUNDS'                                 :
CONTRIBUTIONS/DEFICIENCY                                    :
MANAGER,                                                    :
                                                            :
                                        Plaintiffs          :
                                                            :
                        -against-                           :
                                                            :
NEW LAND INTERIORS CORP.; ALL                               :
STATE INTERIOR DEMOLITION INC.;                             :
MILLENNIUM SERVICES, LLC; ALL                               :
STATE INTERIOR NJ CORP.; GENERAL                            :
INTERIORS LLC; and UNITED INTERIOR                          :
RENOVATIONS LLC,                                            :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        This case has been assigned to me for all purposes.  It is hereby:

        ORDERED that the Court will not be holding an initial pretrial conference.

        IT IS FURTHER ORDERED that, by August 15, 2023, the parties submit a joint letter,

not to exceed three (3) pages, providing the following information in separate paragraphs:

        1.      A brief description of the nature of the action and the principal defenses
                thereto;

        2.      A brief explanation of why jurisdiction and venue lie in this Court.  If any
                party is a corporation, the letter shall state both the place of incorporation
                and the principal place of business.  If any party is a partnership, limited

partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3.    A brief description of all contemplated and/or outstanding motions;

4.    A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5.    A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6.    The estimated length of trial; and

7.    Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

IT IS FURTHER ORDERED that the stay in this matter is hereby lifted.

SO ORDERED.

Dated:    August 10, 2023
          New York, New York

Vernon S. Broderick
United States District Judge