UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL WELFARE FUND, et al, <br><br> Plaintiffs, <br><br> -against- <br><br> NEW LAND INTERIORS CORP., et al., <br><br> Defendants. | 22-CV-8565 (JGLC) <br><br> **<u>NOTICE OF REASSIGNMENT</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, *see* ECF No. 38, including the post-discovery conference scheduled for **March 13, 2024 at 2:00 pm**. The conference will be held before Judge Clarke via Microsoft Teams. All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated: August 28, 2023
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge