UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, et al,

                Plaintiffs,

-against-

NEW LAND INTERIORS CORP., et al.,

                Defendants.

22-CV-8565 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The case management conference scheduled for May 1, 2024, *see* ECF No. 43, is hereby ADJOURNED to **June 12, 2024 at 3:00 p.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

Dated: April 26, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge