**GORLICK, KRAVITZ & LISTHAUS, P.C.**

ATTORNEYS AT LAW
29 BROADWAY, 20th FLOOR
NEW YORK, NEW YORK 10006-3218



(212) 269-2500
FAX (212) 269-2540
WWW.GKLLAW.COM

| BUFFALO OFFICE: | | NEW JERSEY OFFICE: |
|---|---|---|
| 505 ELLICOTT STREET, SUITE A209 | | 60 PARK PLACE, 6TH FLOOR |
| BUFFALO, NY 14203 | | NEWARK, NJ 07102 |
| (716) 881-0800 | | (973) 824-8511 |
| ----- | | ----- |
| BRUCE L. LISTHAUS | | LAWRENCE A. KRAVITZ (1994-2002) |
| DENNIS LYONS | | BARBARA S. MEHLSACK (2004-2020) |
| KATELYN M. MOLONEY | | ----- |
| | | COUNSEL |
| *NY BAR ONLY | | ANDREW A. GORLICK* |
| | | SARA J. VAN DYKE* |

*The case management conference scheduled for June 12, 2024 at 3:00 p.m. is hereby ADJOURNED sine die.*

*SO ORDERED.*

*/s/ Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge

Dated: June 12, 2024
New York, New York

June 11, 2024

**VIA ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:   *Mason Tenders District Council Welfare Fund et al v. New Land Interiors Corp. et al*, 22-cv-08565-VSB

Dear Judge Clarke,

The parties are happy to report that we've reached a settlement agreement settling all claims against all appearing defendants[1]. The parties have drafted a consent judgment which is currently being circulated among the parties for approval as to form. The parties intend to submit the proposed consent judgment to the Court for its consideration and, if it pleases the Court, to so-order.

The Court has scheduled a case management conference for tomorrow afternoon, Wednesday, June 12, 2024, at 3 pm. The parties respectfully request that the Court adjourn said conference in light of the settlement. The parties can file the proposed consent judgment by the end of this week, June 14, 2024.

Please contact the undersigned with any questions, and thank you for your consideration of the foregoing.

Respectfully submitted,

GORLICK, KRAVITZ & LISTHAUS, P.C.        ECHTMAN & ETKIND, LLC

*/s/ Dennis Lyons*                                            */s/ David Etkind*
Dennis Lyons, Esq.                                          David Etkind, Esq.
29 Broadway, 20th Floor                                 551 Fifth Avenue, 3rd Floor
New York, New York 10006                           New York, New York 10176
212-269-2500                                                    212-757-2310
dlyons@gkllaw.com                                         davidetkind@yahoo.com

---

[1] Defendant United Interior Renovations LLC has defaulted. The remaining defendants have appeared by their attorneys Echtman & Etkind, LLC and answered the complaint (see ECF Doc. 27).